**No. 66329.**—Trans World International Service Co. *v.* United States, protest 60/6743 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 66330.**—Internatio-Rotterdam, Inc. *v.* United States, protest 60/21551 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of empty spools, manufactured in the United States, returned after having been exported, without having been advanced in value or improved in condition, and that all the applicable customs regulations had been complied with, the claim of the plaintiff was sustained. Abstracts 47521 and 53865 followed.

BEFORE THE FIRST DIVISION, JANUARY 4, 1962

**No. 66331.**—Frazar & Co., Inc., et al. *v.* United States, protests 60/20667, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.